Goode,
   Plaintiff

| Case no. 3:18-cv-01272-AVC

v.

Robles, et al
   Defendant

| August 15, 2018

Plaintiff Motion for An Order To Correct Caption Spelling

Plaintiff move this court for an order to correct the spelling of defendant's name from ROBLSS to ROBLES as there is one "s" in defendant's name.

Wherefore, this motion should be granted.

Plaintiff
Jason Goode

SCANNED at NCI
and Emailed
8/15/18 by CR.  1 pages
date    initials   No.